UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 7 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BYRON ALEXANDER ZACARIAS-CALDERON,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

No. 19-70969

Agency No. A096-182-062

ORDER

The court is in receipt of petitioner's original petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 and his motion to transfer venue (Docket Entry No. 7). Petitioner's motion to transfer venue is granted. Because this court lacks jurisdiction to consider a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 as an original matter, *see Noriega-Sandoval v. INS*, 911 F.2d 258, 261 (9th Cir. 1990), the petition is transferred to the United States District Court for the District of Nevada.

The temporary stay of removal is vacated. Upon transfer of the petition, the Clerk shall close this case.

**TRANSFERRED.**

ATR

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alexandra Revelas
Deputy Clerk
Ninth Circuit Rule 27-7