# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON ALEXANDER ZACARIAS-CALDERON,<br><br>                Petitioner,<br><br>   v.<br><br>KEVIN McALEENAN, et al.,<br><br>                Respondents. | Case No.: 2:19-cv-00994-APG-VCF<br><br>**ORDER** |

On July 10, 2019, the respondents appeared in this case and filed a Response (ECF No. 9) to the petitioner's Emergency Motion for Stay of Deportation (ECF No. 2) and a Motion to Dismiss Habeas Petition (ECF No. 10).

In order to keep this case moving, IT IS ORDERED:

1. The petitioner shall file a response to the respondents' motion to dismiss and any reply to the response to motion for stay of deportation by July 18, 2019.
2. The respondents may file a reply in support of the motion to dismiss by July 25, 2019.
3. In accordance with my June 12, 2019 order (ECF No. 4), the respondents shall not deport or otherwise remove the petitioner from the United States pending further order of this Court.

Dated: July 11, 2019.

                                                                                                      _____
                                                                                             ANDREW P. GORDON
                                                                                             UNITED STATES DISTRICT JUDGE